1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7196
7       Alexis.James@usdoj.gov

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,           )   CASE NO. 3:25-mj-71068
13                                     )
           Plaintiff,                  )   **DETENTION ORDER**
14                                     )
       v.                              )
15                                     )
   CRYSTAL M. ROCA,                    )
16                                     )
           Defendant.                  )
17 _____)

18
           This matter came before the Court on August 29, 2025, for an initial appearance and detention
19
   hearing. The defendant was present and represented by defense counsel. Assistant United States
20
   Attorney Christine Chen appeared for the government. The government moved for detention, and the
21
   defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.
22
           Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on
23
   the record, the Court finds by a preponderance of the evidence that no condition or combination of
24
   conditions will reasonably assure the appearance of the person as required and clear and convincing
25
   evidence that no condition or combination of conditions will reasonably assure the safety of any other
26
   person or the community. Accordingly, the defendant must be detained pending resolution of this
27
   matter.
28

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion: that the defendant is a flight risk based on the underlying facts of the supervised release violation accusations and a danger based on the arrest report. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: August 29, 2025

_____
HONORABLE SALLIE KIM
United States Magistrate Judge